## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KEVIN T. LIGHTNER                                   Case No. 15-22215CMB

|               | Debtor(s)      |                |
| --- | --- | --- |

RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

                        Movant                      Document No __
            vs.

PACIFIC UNION FINANCIAL LLC

                    Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

THE TRUSTEE'S DISTRIBUTION WAS RETURNED BY NATIONSTAR WITH AN INDICATION THAT THEY COULD NOT IDENTIFY THE LOAN.  IT IS UNCLEAR HOW NATIONSTAR RECEIVED THE CHECK INTENDED FOR PACIFIC UNION FINANCIAL.  NO CLAIM WAS FILED.  THE TRUSTEE IS UNAWARE OF WHETHER THE LOAN WAS SERVICE RELEASED.

PACIFIC UNION FINANCIAL LLC           Court claim# NC/Trustee CID# 25
PO BOX 679094
DALLAS, TX 75267-9094

The Movant further certifies that on 04/11/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

---

DEBTOR(S):
KEVIN T. LIGHTNER, 1123 DENNIS
AVENUE, MONESSEN, PA  15062

DEBTOR'S COUNSEL:
CHRISTOPHER M FRYE ESQ, STEIDL
& STEINBERG, GULF TOWER STE
2830, 707 GRANT ST, PITTSBURGH,
PA  15219

:
NATIONSTAR MORTGAGE LLC D/B/A
MR COOPER**, ATTN BANKRUPTCY
NOTICING, PO BOX 619096, DALLAS,
TX  75261-9741

ORIGINAL CREDITOR:
PACIFIC UNION FINANCIAL LLC, PO
BOX 679094, DALLAS, TX
75267-9094

NEW CREDITOR: