IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kevin T. Lightner, | ) | Case No. 15-22215 CMB |
|     Debtor(s) | ) | |
| | ) | Chapter 13 |
| | ) | Document No. |
| | ) | |
| | ) | |
| Kevin T. Lightner, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## NOTICE OF CHANGE OF ADDRESS

    Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

1123 Dennis Avenue
Monessen, PA 15062

New Address:

4741 Doyle Road
Pittsburgh, PA 15227

                                        Respectfully submitted,

August 8, 2019                          /s/ Christopher M. Frye
DATE                                         Christopher M. Frye, Esquire
                                             Attorney for the Debtor(s)
                                             STEIDL & STEINBERG
                                             Suite 2830 – Gulf Tower
                                             707 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 391-8000
                                             chris.frye@steidl-steinberg.com
                                             PA I.D. No. 208402