**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kevin T. Lightner, | ) | Case No. 15-22215 CMB |
| Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| Kevin T. Lightner, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Midland Mortgage
Attn: Payment Processing
PO Box 268888
Oklahoma, OK 73126-8888

Midland Mortgage
Attn: Customer Service Center
PO Box 26648
Oklahoma, OK 73126-0648

By:

August 19, 2019             /s/ Christopher M. Frye
DATE                        Christopher M. Frye, Esquire
                            Attorney for the Debtor(s)

                            STEIDL & STEINBERG
                            Suite 2830 – Gulf Tower
                            707 Grant Street
                            Pittsburgh, PA  15219
                            (412) 391-8000
                            chris.frye@steidl-steinberg.com
                            PA I.D. No. 208402