**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kevin T. Lightner**
Debtor(s)

Bankruptcy Case No.: 15–22215–CMB

Chapter: 13
Docket No.: 106 – 105
Concil. Conf.: October 3, 2019 at 03:30 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___21st___ day of ___August___, _2019_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):
See Attached Mailing Matrix

Executed on ___August 21, 2019___     /s/ Todd Thomas
                (Date)                      (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing        Ally Financial                          American InfoSource LP as agent for
0315-2                                  P O Box 130424                         Verizon
Case 15-22215-CMB                       Roseville, MN 55113-0004               PO Box 248838
WESTERN DISTRICT OF PENNSYLVANIA                                               Oklahoma City, OK  73124-8838
Pittsburgh
Wed Aug 21 08:52:52 EDT 2019

KIMBERLY A. BONNER                      (p)BANK OF AMERICA                     COMENITY CAPITAL BANK/PAYPAL CREDIT
JSDC Law Offices                        PO BOX 982238                          C/O WEINSTEIN & RILEY, P.S.
11 EAST CHOCOLATE AVE SUITE 300         EL PASO TX 79998-2238                  2001 WESTERN AVENUE, STE 400
HERSHEY, PA 17033-1320                                                         SEATTLE, WA 98121-3132


Capital One Bank                        Capital One Bank (USA), N.A.           Chase
P.O. Box 30281                          PO Box 71083                           P.O. Box 15678
Salt Lake City, UT 84130-0281           Charlotte, NC  28272-1083              Wilmington, DE 19885-0001


Citi Cards                              Citizens Bank                          Citizens Bank, N.A.
P.O. Box 6500                           One Citizens Plaza                     443 Jefferson Blvd. RJW-135
Sioux Falls, SD 57117-6500              Providence, RI 02903-1339              Warwick, RI 02886-1321


(p)COMMUNITY BANK                       ECAST SETTLEMENT CORPORATION, ASSIGNEE Christopher M. Frye
90 W CHESTNUT ST                        OF CITIBANK, N.A.                      Steidl & Steinberg
SUITE 100                               POB 29262                              Suite 2830 Gulf Tower
WASHINGTON PA 15301-4524                NEW YORK, NY 10087-9262                707 Grant Street
                                                                               Pittsburgh, PA 15219-1908


Gina Giampietro                         Internal Revenue Service               LENDINGCLUB CORP
REMAX Select Realty                     PO Box 7346                            71 STEVENSON ST.
1187 Thorn Run Rd.                      Philadelphia, PA 19101-7346            3RD FL.
Moon Township, PA 15108-3198                                                   San Francisco, CA 94105-2965


Kevin T. Lightner                       Jill Manuel-Coughlin                   Midland Credit Management, Inc. as agent for
4741 Doyle Road                         Powers Kirn, LLC                       PO Box 2011
Pittsburgh, PA 15227-1309               Eight Neshaminy Interplex              Warren, MI 48090-2011
                                        Suite 215
                                        Trevose, PA 19053-6980


Midland Mortgage                        Midland Mortgage                       Mike Talarico
Attn: Customer Service Center           Attn: Payment Processing               2306 Shamrock Lane
PO Box 26648                            PO Box 268888                          Canonsburg, PA 15317-1992
Oklahoma, OK 73126-0648                 Oklahoma, OK 73126-8888


Office of the United States Trustee     PNC BANK, N.A.                         PNC Bank
Liberty Center.                         PO BOX 94982                           PO Box 747032
1001 Liberty Avenue, Suite 970          CLEVELAND, OHIO 44101-4982             Pittsburgh, PA 15274-7032
Pittsburgh, PA 15222-3721


PRA  Receivables Management LLC         Pacific Union Financial, LLC           Pacific Union Financial, LLC
POB 41067                               1603 LBJ Freeway, Suite 500,           PO Box 679094
Norfolk, VA 23541-1067                  Farmers Branch, TX 75234-6071          Dallas, TX 75267-9094
```

| | | |
|---|---|---|
| PayPal<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>375 North Shore Drive, Suite 600<br>Pittsburgh, PA 15212-5866 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| Synchrony Bank<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Suite #400<br>Seattle, WA 98121-3132 | Verizon Wireless**<br>P.O. Box 3397<br>Bloomington, IL 61702-3397 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| Walmart/Synchrony Bank<br>PO Box 5309257<br>Atlanta, GA 30353-0927 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Wells Fargo Bank, N.A.<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7200 |
| Wells Fargo Bank, N.A.<br>C/O Wells Fargo Bank, N.A., as servicer<br>Attn: Bankruptcy Dept./MAC #D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Zales Credit<br>PO Box 183015<br>Columbus, OH 43218-3015 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 15276<br>Wilmington, DE 19886-5726 | Community Bank<br>PO Box 357<br>Carmichaels, PA 15320 | Portfolio Recovery Associates, LLC<br>PO BOX 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Springleaf Financial Services<br>710 Clairton Blvd Ste 1<br>Pittsburgh, PA 15236 |
| (d)Springleaf Financial Services<br>P.O. Box 971<br>Evansville, IN 47706 | (d)Springleaf Financial Services<br>PO Box 3251<br>Evansville, IN. 47731-3251 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper    (d)PRA Receivables Management, LLC    (u)WELLS FARGO BANK, N.A.
PO Box 41067
Norfolk, VA 23541-1067


**End of Label Matrix**
**Mailable recipients**     44
**Bypassed recipients**      3
**Total**                   47