# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  KEVIN T. LIGHTNER<br><br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>KEVIN T. LIGHTNER<br><br>      Respondents | Case No.15-22215CMB<br><br>Chapter 13<br><br>Document No. 113 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __16th__ day of __July__, 20 20 it is hereby ORDERED, ADJUDGED, and DECREED that,

United States Steel Company
Attn: Payroll Manager
1509 Muriel Street
Pittsburgh, PA 15203

is hereby ordered to immediately terminate the attachment of the wages of KEVIN T. LIGHTNER, social security number XXX-XX-8175. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KEVIN T. LIGHTNER.

FILED
7/16/20 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-22215-CMB
Kevin T. Lightner                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric            Page 1 of 1            Date Rcvd: Jul 16, 2020
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
db             +Kevin T. Lightner,   4741 Doyle Road,   Pittsburgh, PA 15227-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:

      Christopher M. Frye    on behalf of Debtor Kevin T. Lightner chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
      Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
      KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 7