IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:                                                                ) | |
| Kevin T. Lightner                                                   ) | Case No. 15-22215 CMB |
|     Debtor                                                          ) | Chapter 13 |
|                                                          ) | Document No.      116 |
| Steidl and Steinberg, P.C.                                        ) | |
|     Applicant                                                       ) | |
|     vs.                                                                ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour,      ) | |
| Trustee, Ally Financial, American Infosource, Bank of ) | |
| America, Comenity Capital Bank/Paypal Credit, Capital ) | |
| One Bank, JP Morgan Chase, Citi Cards, Citizens Bank, ) | |
| Community Bank, eCAST Settlement Corp., IRS,       ) | |
| Lendingclub Corp., Midland Credit, Midland Mortgage, ) | |
| PNC Bank, PRA Receivables, Pacific Union Financial, ) | |
| PayPal, PA Dept. of Revenue, Peoples Natural Gas,   ) | |
| Portfolio Recovery Assoc., Synchrony Bank, Springleaf ) | **ENTERED BY DEFAULT** |
| Financial, Verizon Wireless, Wells Fargo Bank, Zales ) | |
| Credit                                                                ) | |
|     Respondents                                                 ) | |

### ORDER OF COURT

AND NOW, to-wit this __13th__ day of __August__, 2020, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $5,780.00 for work performed in the Chapter 13 case by Debtor's counsel from February 9, 2015, to July 22, 2020;

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid an $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $9,780.00, with the total to be paid through the Plan by

the Trustee being $5,995.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and an additional $2,595.00.00 that was approved as part of the Amended Chapter 13 Plan dated August 19, 2019 (at Doc. 105) which was confirmed on October 11, 2019, (at Doc. 109),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $5,780.00. The remaining balance is waived.

*Carlota M. Böhm*  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
8/13/20 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-22215-CMB
Kevin T. Lightner                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric            Page 1 of 1            Date Rcvd: Aug 13, 2020
                                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
db             +Kevin T. Lightner,    4741 Doyle Road,    Pittsburgh, PA 15227-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
    Christopher M. Frye    on behalf of Debtor Kevin T. Lightner chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
    James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
    Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
    KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                   TOTAL: 7