Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin T. Lightner**
Debtor(s)

Bankruptcy Case No.: 15−22215−CMB
Related to Doc. No. 124
Chapter: 13
Docket No.: 125 − 124

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 29th of September, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/9/20 at 11:30 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/13/20.**

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22215-CMB |
| Kevin T. Lightner | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: 408 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin T. Lightner, 4741 Doyle Road, Pittsburgh, PA 15227-1309 |
| r | + | Gina Giampietro, REMAX Select Realty, 1187 Thorn Run Rd., Moon Township, PA 15108-3198 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14065098 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15276, Wilmington, DE 19886-5726 |
| 14065103 | + | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14097033 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14065108 | + | Michael Talarico, 2306 Shamrock Lane, Canonsburg, PA 15317-1992 |
| 14088279 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 15106752 | | Midland Mortgage, Attn: Payment Processing, PO Box 268888, Oklahoma, OK 73126-8888 |
| 15106753 | | Midland Mortgage, Attn: Customer Service Center, PO Box 26648, Oklahoma, OK 73126-0648 |
| 14067767 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14065110 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14916703 | + | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500,, Farmers Branch, TX 75234-6071 |
| 14916702 | | Pacific Union Financial, LLC, PO Box 679094, Dallas, TX 75267-9094 |
| 14065114 | | Walmart/Synchrony Bank, PO Box 5309257, Atlanta, GA 30353-0927 |
| 14065115 | + | Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7200 |
| 14105410 | + | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Dept./MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14065116 | + | Zales Credit, PO Box 183015, Columbus, OH 43218-3015 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:13:17 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14065097 | | Email/Text: ally@ebn.phinsolutions.com | Sep 30 2020 03:38:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14099829 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 30 2020 03:11:45 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14065104 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2020 03:38:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 14079081 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2020 03:38:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14110006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14065105 | | Email/Text: svlainich@communitybank.tv | | |

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: 408 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 30 2020 03:42:00 | Community Bank, PO Box 357, Carmichaels, PA 15320 |
| 14065099 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Sep 30 2020 03:09:37 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14079484 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Sep 30 2020 03:13:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14065106 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Sep 30 2020 03:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14065101 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Sep 30 2020 03:09:34 | Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14065107 | + | Email/Text: bk@lendingclub.com | | |
| | | | Sep 30 2020 03:43:00 | LENDINGCLUB CORP, 71 STEVENSON ST., 3RD FL., San Francisco, CA 94105-2965 |
| 14520097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 30 2020 03:09:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14119092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 30 2020 03:09:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14065109 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 30 2020 03:12:55 | PayPal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14065112 | | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Sep 30 2020 03:09:24 | Springleaf Financial Services, 710 Clairton Blvd Ste 1, Pittsburgh, PA 15236 |
| 14065111 | | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Sep 30 2020 03:11:07 | Springleaf Financial Services, P.O. Box 971, Evansville, IN 47706 |
| 14080947 | | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Sep 30 2020 03:11:09 | Springleaf Financial Services, PO Box 3251, Evansville, IN. 47731-3251 |
| 15031709 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 30 2020 03:42:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14065113 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 30 2020 03:37:00 | Verizon Wireless**, P.O. Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14065100 | *+ | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14065102 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14658075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor Kevin T. Lightner chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jill Manuel-Coughlin
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KIMBERLY A. BONNER
on behalf of Creditor WELLS FARGO BANK  N.A. kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 7