**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KEVIN T. LIGHTNER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-22215<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 28, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/18/2015 and confirmed on 7/30/15 . The case was subsequently     Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,828.38 |
| Less Refunds to Debtor | 5,851.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,977.24 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,995.00 | |
|   Trustee Fee | 4,545.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,540.69 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WELLS FARGO BANK NA<br>Acct: 8216 | 22,278.78 | 22,278.78 | 0.00 | 22,278.78 |
| WELLS FARGO BANK NA<br>Acct: 8216 | 566.83 | 566.83 | 0.00 | 566.83 |
| PRA RECEIVABLES MANAGEMENT LLC - /<br>Acct: 4182 | 20,840.64 | 20,840.64 | 3,877.66 | 24,718.30 |
| | | | | 47,563.91 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEVIN T. LIGHTNER<br>Acct: | 3,266.17 | 3,266.17 | 0.00 | 0.00 |
| KEVIN T. LIGHTNER<br>Acct: | 2,584.97 | 2,584.97 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-20 | 2,595.00 | 2,595.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 8175 | 2,754.45 | 2,754.45 | 0.00 | 2,754.45 |
| MIDLAND MORTGAGE CO*<br>Acct: 7080 | 0.00 | 26,221.40 | 0.00 | 26,221.40 |
| | | | | 28,975.85 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA**<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 4396 | 705.21 | 158.88 | 0.00 | 158.88 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 1688 | 2,047.17 | 461.23 | 0.00 | 461.23 |
| JPMORGAN CHASE BANK NA<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: ? | | | | |
|   ECAST SETTLEMENT CORP | 13,162.31 | 2,965.47 | 0.00 | 2,965.47 |
|     Acct: 4673 | | | | |
|   CITIZENS BANK NA(*) | 562.34 | 126.70 | 0.00 | 126.70 |
|     Acct: 9130 | | | | |
|   COMMUNITY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   LENDING CLUB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   MIKE TALARICO | 3,500.00 | 788.55 | 0.00 | 788.55 |
|     Acct: 1452 | | | | |
|   MIDLAND FUNDING LLC | 5,554.27 | 1,251.38 | 0.00 | 1,251.38 |
|     Acct: 2126 | | | | |
|   PNC BANK NA | 3,073.99 | 692.57 | 0.00 | 692.57 |
|     Acct: 4551 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 10,265.63 | 2,312.85 | 0.00 | 2,312.85 |
|     Acct: 2573 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 1,032.04 | 232.52 | 0.00 | 232.52 |
|     Acct: 0001 | | | | |
|   MIDLAND FUNDING LLC | 3,899.71 | 878.60 | 0.00 | 878.60 |
|     Acct: 6683 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,001.39 | 450.91 | 0.00 | 450.91 |
|     Acct: 1248 | | | | |
|   INTERNAL REVENUE SERVICE* | 41.13 | 9.27 | 0.00 | 9.27 |
|     Acct: 8175 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY B | 2,520.46 | 567.86 | 0.00 | 567.86 |
|     Acct: 7205 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 10,896.79 |

TOTAL PAID TO CREDITORS                                                                      87,436.55

  TOTAL CLAIMED
  PRIORITY            2,754.45
  SECURED            43,686.25
  UNSECURED       48,365.65

Date: 09/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KEVIN T. LIGHTNER

          Debtor(s)

    Ronda J. Winnecour
          Movant
    vs.
    No Repondents.

Case No.:15-22215

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kevin T. Lightner  
    Debtor(s)

Case No. 15-22215-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 3  
Date Rcvd: Sep 29, 2020      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin T. Lightner, 4741 Doyle Road, Pittsburgh, PA 15227-1309 |
| r | + | Gina Giampietro, REMAX Select Realty, 1187 Thorn Run Rd., Moon Township, PA 15108-3198 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14065098 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15276, Wilmington, DE 19886-5726 |
| 14065103 | + | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14097033 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14065108 | + | Michael Talarico, 2306 Shamrock Lane, Canonsburg, PA 15317-1992 |
| 14088279 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 15106752 | | Midland Mortgage, Attn: Payment Processing, PO Box 268888, Oklahoma, OK 73126-8888 |
| 15106753 | | Midland Mortgage, Attn: Customer Service Center, PO Box 26648, Oklahoma, OK 73126-0648 |
| 14067767 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14065110 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14916703 | + | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500,, Farmers Branch, TX 75234-6071 |
| 14916702 | | Pacific Union Financial, LLC, PO Box 679094, Dallas, TX 75267-9094 |
| 14065114 | | Walmart/Synchrony Bank, PO Box 5309257, Atlanta, GA 30353-0927 |
| 14065115 | + | Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7200 |
| 14105410 | + | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Dept./MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14065116 | + | Zales Credit, PO Box 183015, Columbus, OH 43218-3015 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:13:17 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14065097 | | Email/Text: ally@ebn.phinsolutions.com | Sep 30 2020 03:38:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14099829 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 30 2020 03:09:58 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14065104 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2020 03:38:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 14079081 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2020 03:38:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14110006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14065105 | | Email/Text: svlainich@communitybank.tv | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 30 2020 03:42:39 | Community Bank, PO Box 357, Carmichaels, PA 15320 |
| 14065099 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:13:08 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14079484 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:11:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14065106 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2020 03:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14065101 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 03:13:05 | Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14065107 | + | Email/Text: bk@lendingclub.com | Sep 30 2020 03:43:00 | LENDINGCLUB CORP, 71 STEVENSON ST., 3RD FL., San Francisco, CA 94105-2965 |
| 14520097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:09:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14119092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:11:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14065109 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:12:55 | PayPal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14065112 | | Email/PDF: cbp@onemainfinancial.com | Sep 30 2020 03:11:08 | Springleaf Financial Services, 710 Clairton Blvd Ste 1, Pittsburgh, PA 15236 |
| 14065111 | | Email/PDF: cbp@onemainfinancial.com | Sep 30 2020 03:11:08 | Springleaf Financial Services, P.O. Box 971, Evansville, IN 47706 |
| 14080947 | | Email/PDF: cbp@onemainfinancial.com | Sep 30 2020 03:09:24 | Springleaf Financial Services, PO Box 3251, Evansville, IN. 47731-3251 |
| 15031709 | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14065113 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2020 03:37:00 | Verizon Wireless**, P.O. Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14065100 | *+ | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14065102 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14658075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2 User: dric Page 3 of 3
Date Rcvd: Sep 29, 2020 Form ID: pdf900 Total Noticed: 39

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Kevin T. Lightner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KIMBERLY A. BONNER | on behalf of Creditor WELLS FARGO BANK  N.A. kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 7