IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 15-22215 CMB |
| Kevin T. Lightner, | ) | Chapter 13 |
| *Debtor(s)* | ) | Docket No. |
| | ) | |
| | ) | |
| Kevin T. Lightner, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 9, 2020 at docket number 112, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

<br>

                                                    Respectfully submitted,

October 2, 2020                                  /s/ Christopher M. Frye
DATE                                                     Christopher M. Frye, Esquire
                                                          Attorney for the Debtor(s)

                                                          STEIDL & STEINBERG
                                                          Suite 2830 – Gulf Tower
                                                          707 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 391-8000
                                                          chris.frye@steidl-steinberg.com
                                                          PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**