| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kevin T. Lightner** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8175 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–22215–CMB** | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Kevin T. Lightner

11/16/20                                                                **By the court:**         <u>Carlota M. Bohm</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22215-CMB |
| Kevin T. Lightner | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 3 |
| Date Rcvd: Nov 16, 2020 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin T. Lightner, 4741 Doyle Road, Pittsburgh, PA 15227-1309 |
| r | + | Gina Giampietro, REMAX Select Realty, 1187 Thorn Run Rd., Moon Township, PA 15108-3198 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14065108 | + | Michael Talarico, 2306 Shamrock Lane, Canonsburg, PA 15317-1992 |
| 14088279 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 15106753 | | Midland Mortgage, Attn: Customer Service Center, PO Box 26648, Oklahoma, OK 73126-0648 |
| 15106752 | | Midland Mortgage, Attn: Payment Processing, PO Box 268888, Oklahoma, OK 73126-8888 |
| 14067767 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14065110 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14916703 | + | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500,, Farmers Branch, TX 75234-6071 |
| 14916702 | | Pacific Union Financial, LLC, PO Box 679094, Dallas, TX 75267-9094 |
| 14065114 | | Walmart/Synchrony Bank, PO Box 5309257, Atlanta, GA 30353-0927 |
| 14065116 | + | Zales Credit, PO Box 183015, Columbus, OH 43218-3015 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 17 2020 06:13:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14065097 | | EDI: GMACFS.COM | Nov 17 2020 06:13:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14099829 | | EDI: AIS.COM | Nov 17 2020 06:13:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14065098 | | EDI: BANKAMER2.COM | Nov 17 2020 06:13:00 | Bank of America, P.O. Box 15276, Wilmington, DE 19886-5726 |
| 14065104 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2020 03:56:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 14079081 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2020 03:56:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14110006 | + | EDI: WFNNB.COM | | |

Case 15-22215-CMB    Doc 133    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 17 2020 06:13:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14065105 | | Email/Text: svlainich@communitybank.tv | Nov 17 2020 03:58:00 | Community Bank, PO Box 357, Carmichaels, PA 15320 |
| 14065099 | + | EDI: CAPITALONE.COM | Nov 17 2020 06:13:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14079484 | | EDI: CAPITALONE.COM | Nov 17 2020 06:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14065103 | + | EDI: CITICORP.COM | Nov 17 2020 06:13:00 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14097033 | | EDI: ECAST.COM | Nov 17 2020 06:13:00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14065106 | | EDI: IRS.COM | Nov 17 2020 06:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14065101 | | EDI: JPMORGANCHASE | Nov 17 2020 06:13:00 | Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14065107 | + | Email/Text: bk@lendingclub.com | Nov 17 2020 03:58:00 | LENDINGCLUB CORP, 71 STEVENSON ST., 3RD FL., San Francisco, CA 94105-2965 |
| 14067767 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14520097 | | EDI: PRA.COM | Nov 17 2020 06:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14119092 | | EDI: PRA.COM | Nov 17 2020 06:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14065109 | + | EDI: RMSC.COM | Nov 17 2020 06:13:00 | PayPal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14065112 | | EDI: AGFINANCE.COM | Nov 17 2020 06:13:00 | Springleaf Financial Services, 710 Clairton Blvd Ste 1, Pittsburgh, PA 15236 |
| 14065111 | | EDI: AGFINANCE.COM | Nov 17 2020 06:13:00 | Springleaf Financial Services, P.O. Box 971, Evansville, IN 47706 |
| 14080947 | | EDI: AGFINANCE.COM | Nov 17 2020 06:13:00 | Springleaf Financial Services, PO Box 3251, Evansville, IN. 47731-3251 |
| 15031709 | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14065113 | + | EDI: VERIZONCOMB.COM | Nov 17 2020 06:13:00 | Verizon Wireless**, P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14105410 | + | EDI: WFFC.COM | Nov 17 2020 06:13:00 | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Dept./MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14065115 | + | EDI: WFFC.COM | Nov 17 2020 06:13:00 | Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7200 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 3 of 3 |
| Date Rcvd: Nov 16, 2020 | Form ID: 3180W | Total Noticed: 41 |

| | | |
|---|---|---|
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14065100 | *+ | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14065102 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14658075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Kevin T. Lightner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KIMBERLY A. BONNER | on behalf of Creditor WELLS FARGO BANK  N.A. kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 7