**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   KEVIN T. LIGHTNER

        Debtor(s)

   Ronda J. Winnecour
        Movant
      vs.
   No Repondents.

Case No.:15-22215

Chapter 13

Document No.:   124

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___16th___ day of ___November___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
11/16/20 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kevin T. Lightner  
    Debtor(s)

Case No. 15-22215-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 3  
Date Rcvd: Nov 16, 2020      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin T. Lightner, 4741 Doyle Road, Pittsburgh, PA 15227-1309 |
| r | + | Gina Giampietro, REMAX Select Realty, 1187 Thorn Run Rd., Moon Township, PA 15108-3198 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14065098 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15276, Wilmington, DE 19886-5726 |
| 14065103 | + | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14097033 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14065108 | + | Michael Talarico, 2306 Shamrock Lane, Canonsburg, PA 15317-1992 |
| 14088279 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 15106753 | | Midland Mortgage, Attn: Customer Service Center, PO Box 26648, Oklahoma, OK 73126-0648 |
| 15106752 | | Midland Mortgage, Attn: Payment Processing, PO Box 268888, Oklahoma, OK 73126-8888 |
| 14067767 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14065110 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14916703 | + | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500,, Farmers Branch, TX 75234-6071 |
| 14916702 | | Pacific Union Financial, LLC, PO Box 679094, Dallas, TX 75267-9094 |
| 14065114 | | Walmart/Synchrony Bank, PO Box 5309257, Atlanta, GA 30353-0927 |
| 14065115 | + | Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7200 |
| 14105410 | + | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Dept./MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14065116 | + | Zales Credit, PO Box 183015, Columbus, OH 43218-3015 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14065097 | | Email/Text: ally@ebn.phinsolutions.com | Nov 17 2020 03:56:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14099829 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 17 2020 03:46:05 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14065104 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2020 03:56:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 14079081 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2020 03:56:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14110006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2020 03:57:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 14065105 | | Email/Text: svlainich@communitybank.tv | Nov 17 2020 03:58:00 | Community Bank, PO Box 357, Carmichaels, PA 15320 |
| 14065099 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 03:44:27 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14079484 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 03:44:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14065106 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2020 03:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14065101 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 03:44:26 | Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14065107 | + | Email/Text: bk@lendingclub.com | Nov 17 2020 03:58:00 | LENDINGCLUB CORP, 71 STEVENSON ST., 3RD FL., San Francisco, CA 94105-2965 |
| 14067767 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14520097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14119092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14065109 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:44:25 | PayPal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14065112 | | Email/PDF: cbp@onemainfinancial.com | Nov 17 2020 03:42:55 | Springleaf Financial Services, 710 Clairton Blvd Ste 1, Pittsburgh, PA 15236 |
| 14065111 | | Email/PDF: cbp@onemainfinancial.com | Nov 17 2020 03:45:56 | Springleaf Financial Services, P.O. Box 971, Evansville, IN 47706 |
| 14080947 | | Email/PDF: cbp@onemainfinancial.com | Nov 17 2020 03:45:56 | Springleaf Financial Services, PO Box 3251, Evansville, IN. 47731-3251 |
| 15031709 | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14065113 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 17 2020 03:56:00 | Verizon Wireless**, P.O. Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14065100 | *+ | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14065102 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 15678, Wilmington, DE 19885 |
| 14658075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 3 of 3 |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 39 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020         Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor Kevin T. Lightner chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jill Manuel-Coughlin
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KIMBERLY A. BONNER
on behalf of Creditor WELLS FARGO BANK  N.A. kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 7